# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANELL BROWN

NO. 2020 KW 1276

**MARCH 15, 2021**

---

In Re:    Ranell Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-05-0833.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT